### GARDENHIRE v. JONES et al.

No. 11712—Opinion Filed Oct. 9, 1923.

**Appeal and Error—Failure to File Brief—Affirmance.**

Where plaintiff in error fails to file a brief as required by Rule 7 of this court (87 Okla. xix), and no excuse is offered therefor, and no error is apparent from an examination of the record, but the judgment appears to be a proper judgment under the evidence, the same will be affirmed.

(Syllabus by Logsdon, C.)

Commissioners' Opinion, Division No. 1.

Error from District Court, Love County; Thomas W. Champion, Judge.

Action by R. S. Gardenhire, as plaintiff, against J. W. Jones, A. L. Martin, Tom Copeland, and Bruce Scifford, as defendants, to recover the rents on certain lands described in plaintiff's petition for the year 1919, and to declare the leases held by plaintiff covering said lands to be valid. Judgment for defendants, and plaintiff brings error. Affirmed.

Sam H. Butler, for plaintiff in error.

R. A. Keller, for defendants in error.

Opinion by LOGSDON, C. The petition in error with case-made attached was filed in this court September 15, 1920, and the cause was submitted July 31, 1923. No brief has been filed by the plaintiff in error, no additional time asked within which to file the same, and no excuse offered for failure to comply with Rule 7 of this (87 Okla. xix). Under such circumstances this court is authorized by Rule 7 to continue or dismiss the cause or to reverse or affirm the judgment. An examination of the record filed in this case discloses that the judgment of the trial court is sustained by the evidence and is a proper judgment to have been rendered upon the trial of said cause.

It is therefore concluded that the judgment of the trial court in this case should be in all things affirmed.

By the Court: It is so ordered.